

CASE UNSEALED PER ORDER OF COURT

SEP 11 2019

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUAN NGUYEN,<br><br>　　　　　Defendant. | Magistrate Case No.　**'19MJ 3889**<br><br>COMPLAINT FOR VIOLATIONS OF:<br><br>Title 18, U.S.C. § 2252(a)(4) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

On or about June 29, 2018, within the Southern District of California, defendant TUAN NGUYEN, did knowingly possess a matter, that is, an Asus laptop computer, a Seagate FreeAgent Desktop 1TB USB hard drive, a Simpletech USB hard drive, and a Samsung SM-G930T cellular telephone, which contained a visual depiction that had been mailed, and had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of which involved the use a prepubescent minor or a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Cesar Valdivia, Special Agent
　　　　　　　　　　　　　　　　　　　Homeland Security Investigations

Sworn to me and subscribed in my presence this 11 day of September, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jill L. Burkhardt
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## STATEMENT OF FACTS

I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), assigned to the HSI San Diego Office. I am currently assigned to the HSI San Diego, Child Exploitation Group and am a member of the Internet Crimes Against Children Task Force in San Diego, California. This Statement of Facts is based on my own participation in this investigation and information I have received from HSI agents and other law enforcement officers.

In October 2017, another Special Agent with HSI used a law enforcement version of a publicly available peer-to-peer (P2P) file sharing program to identify IP addresses appearing to share child pornography. The Special Agent downloaded two videos from IP address 72.220.143.15 (subject IP address). I have viewed both and determined that they depict prepubescent minors engaged in sexually explicit conduct. One was titled "(Pthc) (Incest) Ten Father & Daughter 8 yo Girl and her Dad Little (Mom Sex Kiddie_s).avi." The video is 23 minutes long and depicts a pre-pubescent female minor in the woods. At various points, the video zooms to focus on the girl's anus and genitalia. Later in the video, the girl performs oral sex on an adult male, the adult male penetrates the girl's vagina and anus with his fingers and ultimately inserts his penis into the girl's anus. After viewing these files, I have determined they constitute child pornography as defined in 18 U.S.C. § 2256.

Subsequent investigation revealed that the subject IP address was registered to Tuan Nguyen at an apartment in Spring Valley, California. On June 29, 2018, HSI agents executed a federal search warrant at the apartment. Agents found Nguyen at the apartment, along with his mother (his brother was not present then). After being advised of and waiving his *Miranda* rights, Nguyen admitted that he viewed and possessed child pornography on his laptop and cell phone. Nguyen admitted that he used a file sharing program to search for videos using search terms like "PTHC" and that he also viewed child pornography on a website on his cell phone.

2

Forensic examination of media seized from Nguyen's bedroom confirmed the presence of child pornography on Nguyen's media. Computer forensic agents examined an Asus laptop computer and located 670 suspect movie files; a Seagate FreeAgent Desktop 1TB USB hard drive and located 737 suspect images and 64 suspect movies files; a Simpletech USB hard drive and located 373 suspect images, and a Samsung SM-G930T cellular telephone and located evidence of child pornography. Among the images and videos located by the forensic agents, I saw one titled "Preteen Compilation Kimmy (12 Yo-13Yo), Vicky (9Yo-10Yo) Etc {Preeteen Tween} [] (Pthc)Mix Hot Lolitas-040217.avi" retrieved from the Asus laptop computer. It is approximately 18 minutes and 34 seconds long and is a compilation of several different pre-pubescent minors performing oral sex on adult male penises. Another video on the laptop is a hash match for the file downloaded from Nguyen's IP address in October 2017.

Based on my training and experience, I know that P2P file sharing programs require the use of the Internet, which is a means and facility of interstate commerce.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee or cause harm to himself or others.